**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

ARNSTEIN & LEHR LLP,
an Illinois limited liability partnership,

    Plaintiff,

v().                              Case No.:

ETKIN & COMPANY, INCORPORATED,
a Delaware corporation,

    Defendant.
_____/

**COMPLAINT**

Plaintiff, Arnstein & Lehr LLP ("A&L"), sues Defendant, Etkin & Company, Incorporated ("ECI"), and alleges as follows:

**THE PARTIES, JURISDICTION, AND VENUE**

1. A&L is an Illinois limited liability partnership, with its principal place of business in Chicago, Illinois. A&L maintains offices in Fort Lauderdale, Florida, among other cities in Florida, and is authorized to conduct business in this State. All partners of A&L are citizens of Illinois, Wisconsin and/or Florida. No partner of A&L is a citizen of New York or Delaware.

2. ECI is a Delaware corporation with its principal place of business located at 14 East 60th Street, New York, New York.

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the plaintiff and defendant are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim alleged herein

occurred in the Southern District of Florida. Furthermore, pursuant to the written agreement between the parties, venue and jurisdiction relating to any dispute arising out of the agreement or the parties' relationship shall lie exclusively in Broward County, Florida.

**GENERAL ALLEGATIONS**

5. On or about April 7, 2011, ECI entered into a written agreement (the "Agreement") with A&L whereby A&L agreed to provide legal services and represent ECI in connection with a certain lawsuit relating to ECI's Consulting Agreement with an entity known as SBD, LLC. A true and correct copy of the Agreement is attached hereto as **EXHIBIT "A."** In exchange for the provision of legal services, ECI agreed to pay A&L a fee in the form of an hourly rate to be billed on a monthly basis. In addition, ECI agreed to pay for certain expenses incurred by A&L on behalf of ECI, including, but not limited to, electronic legal research charges, long distance telephone calls, facsimile transmissions, messenger services, special postage charges, and in-house support services such as photocopying, computerized research, and staff overtime when necessary.

6. Under the Agreement, all bills are due upon receipt and must be paid within five (5) business days. If payment is not made by the due date, A&L is entitled to charge interest in the amount of 1.5% per month.

7. Further, pursuant to the Agreement, ECI agreed to notify A&L, in writing, of any claimed errors or discrepancies in the bills within five (5) days of receipt. If ECI does not provide A&L with notice of any alleged errors or discrepancies in the bills within the time allowed, ECI is deemed by operation of the Agreement to agree with the correctness, accuracy and fairness of the billing statement.

8. Pursuant to the Agreement, A&L provided legal services to ECI, filing a complaint on behalf of ECI and defending counterclaims and third-party claims in an action styled *Etkin & Company, Incorporated v. SBD, LLC, et al.,* United States District Court for the Southern District of Florida Case No.: 1:11-cv-21321 (hereafter, the "Lawsuit").

9. After much contentious litigation, the Lawsuit was ultimately settled and on or about December 3, 2015, certain of the parties to the Lawsuit filed a Stipulation of Dismissal with Prejudice of all remaining claims and counterclaims.  On December 8, 2015, the Court entered an Order dismissing the case with prejudice and retaining jurisdiction to enforce the settlement agreement.

10. All conditions precedent to the maintenance of this action have occurred, have been satisfied, or have been waived.

## COUNT I
## BREACH OF CONTRACT

11. A&L re-alleges the allegations of paragraphs 1 through 10 as if fully set forth herein.

12. A&L represented ECI in connection with the Lawsuit and otherwise provided legal services to ECI and performed its duties and obligations pursuant to the Agreement.

13. ECI, however, has breached the Agreement by failing to pay A&L all fees and expenses due and owing to A&L. More specifically, ECI has failed and refused to pay the November 10, 2015 invoice in the amount of $192,089.80 (for legal services provided in October 2015) and the December 4, 2015 invoice in the amount of $147,024.07 (for legal services provided in November 2015) for a total amount of $339,113.87.

14. ECI did not notify A&L, in writing, of any claimed errors or discrepancies in the bills within five (5) days of receipt of either the November 10th or December 4th invoice.  As

such, ECI is deemed by operation of the Agreement to agree with the correctness, accuracy and fairness of each billing statement.

15. A&L made written demand for payment, but ECI failed and refused to pay any of the fees and expenses it owes to A&L.

16. Pursuant to the Agreement, A&L is entitled to charge interest in the amount of 1.5% per month until all sums due and owing are paid in full.

17. Accordingly, A&L has been damaged by ECI's breach of the Agreement in the current amount of $339,113.87, plus interest and costs.

18. A&L also provided legal services in the month of December, and those fees and costs incurred will be reflected in a January 2016 invoice. Due to ECI's failure to pay the outstanding amount of $339,113.87 and its refusal to comply with or respond to A&L's demand for payment, A&L anticipates that ECI will also refuse to pay the January 2016 invoice when it becomes due and such fees and costs are deemed included in this claim.

19. Under the Agreement, A&L is entitled to reimbursement of its reasonable attorney's fees and costs incurred in pursuing collection of the outstanding fees and expenses owed to it by ECI.

**WHEREFORE,** A&L respectfully prays for judgment in its favor and against ECI for damages, plus interest accruing at the rate of 1.5% per month and attorneys' fees and costs incurred in pursuing collection, together with all such other and further relief as this Court deems just and proper.

Dated:  December 29, 2015.

                Respectfully submitted,

                By:  /s/ *Franklin L. Zemel*

                Franklin L. Zemel
                Florida Bar No. 816620
                **ARNSTEIN & LEHR LLP**
                200 East Las Olas Boulevard, Suite 1000
                Fort Lauderdale, Florida 33301
                Tel: (954) 713-7600
                Email: franklin.zemel@arnstein.com